**FILED**

FEB - 8 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ANTONIO COLBERT,    )
    )
    Plaintiff,    )
    )
v.    )    Civil Action No.    **11 0327**
    )
U.S. POSTAL SERVICE,    )
    )
    Defendant.    )

## MEMORANDUM OPINION

This matter is before the Court upon consideration of plaintiff's application to proceed *in forma pauperis* and his *pro se* complaint. The application will be granted, and the complaint will be dismissed.

Plaintiff alleges that "postal staff . . . made [his] life a living hell" by withholding his mail. Compl. at 2. Notwithstanding his efforts to resolve "these issues of misconduct," staff "jerked [plaintiff] around." *Id.* Plaintiff demands damages totaling $10 million for "these federal infractions," staff's "malicious attempt on [his] character," and "obstruction of justice." *Id.*

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand

for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff's complaint does not contain a short and plain statement of the grounds upon which the Court's jurisdiction depends or a claim that plaintiff is entitled to the relief he seeks. For these reasons, the complaint will be dismissed for its failure to comply with Rule 8(a). An Order consistent with this Memorandum Opinion is issued separately.[1]

_____
United States District Judge

DATE: 1/24/11

_____

[1]     To date, plaintiff has filed thirty civil actions in this court, none of which have survived initial screening. If plaintiff continues to file cases in this district, the Court may impose restrictions on his ability to proceed *in forma pauperis*.